# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0332
Lower Tribunal No. 2023-CC-001012-0001-XX

_____

CLARK PEAR,

Appellant,

v.

898 FIFTH AVENUE SOUTH HOLDINGS, LLC and NECO 898 5TH AVE S, LLC,

Appellees.

_____

Appeal from the County Court for Collier County.
Janeice T. Martin, Judge.

July 12, 2024

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

STARGEL, WHITE, and MIZE, JJ., concur.


Clark Pear, Naples, pro se.

Todd M. Rich, of Holmes Fraser, P.A., Naples, for Appellees.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED